**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David J. Moore |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Kentucky (State) |
| Case number | 20-20280-TNW |

## Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | The Money Source Inc. | **Court claim no.** (if known): | 12-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 5741 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | | (3) | |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim      05/15/2020 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | Plan Review Fee      03/17/2020 | (11) | $300.00 |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $650.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | David J. Moore | Case Number (if known) | 20-20280-TNW |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

# Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
Signature

Date  06/17/2020

Print  Mukta Suri
       First Name  Middle Name  Last Name

Title  Authorized Agent for The Money Source Inc.

Company  Bonial & Associates, P.C.

Address  14841 Dallas Parkway, Suite 425
         Number   Street

Dallas, Texas  75254
City   State   ZIP Code

Contact phone  (972) 643-6600     Email  POCInquiries@BonialPC.com

**Official Form 410S2**     **Notice of Postpetition Mortgage Fees, Expenses, and Charges**     2225-N-3201

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 17, 2020 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
David J. Moore
4957 Moonlight Way
Independence, KY 41051-8160

**Debtors' Attorney**
Michael E. Plummer
Attorney At Law
11 W 6th St
Covington, KY  41011-1407

**Chapter 13 Trustee**
Beverly M. Burden
P.O. Box 2204
Lexington, KY 40588

Respectfully Submitted,

/s/ Mukta Suri